# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> LORRAINE RIDDIOUGH, <br><br> Defendant. | CASE NUMBERS: <br> 2:15-CR-0018-APG-VCF <br> 2:18-CR-0121-APG-VCF <br> 2:18-CR-0122-APG-VCF <br> 2:18-CR-0123-APG-VCF <br><br> ORDER APPOINTING COUNSEL |

Defendant LORRAINE RIDDIOUGH (1) is financially unable to employ counsel and (2) does not wish to waive counsel. Because the interests of justice so require, I find that Riddiough is indigent.

**IT IS ORDERED** that **Paola M. Armeni, Esq.** is hereby appointed to represent defendant LORRAINE RIDDIOUGH.

**IT IS ALSO ORDERED** that an attorney appointed under the Criminal Justice Act will be required to apply under Fed. R. Crim. P. 17(b) for the issuance of subpoenas, whether for service within or outside of the District of Nevada. The cost of process, fees, and expenses of witnesses so subpoenaed shall be paid as witnesses subpoenaed on behalf of the Government. I am satisfied that Riddiough is unable to pay fees and expenses of subpoenaed witnesses. The United States Marshal shall provide such witnesses subpoenaed advance funds for the purpose of travel within the District of Nevada and subsistence. For any subpoenas served on behalf of Riddiough, the return thereon to this court shall be sealed, unless otherwise ordered.

DATED: April 10, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE