Form 12 - Travel
D/NV Form
Rev. June 2014

## United States District Court
### for
### the District of Nevada

## REQUEST FOR TRAVEL OUTSIDE
## THE CONTIGUOUS UNITED STATES

Name of Offender: **Lorraine Riddiough**

Case Number:  **2:15CR00018-003, 2:18CR00121-001, 2:18CR00122-001, 2:18CR00123-001**

Name of Sentencing Judicial Officer: **Honorable Andrew P. Gordon**

Date of Original Sentence: **February 21, 2019**

Original Offense: **Conspiracy to Commit Mail Fraud and Wire Fraud (4 Counts), Wire Fraud (2 Counts), Health Care Fruad(1 Count, ana Theft of Government Property (1 Count)**

Original Sentence: **34 Months prison, followed by 60 Months TSR.**

Date Supervision Commenced: **October 29, 2021**

Name of Assigned Judicial Officer: **Honorable Andrew P. Gordon**

## SUMMARY

On February 21, 2019, Lorraine Riddiough was sentenced to a term of 34 months imprisonment followed by five (5) years' supervised release for committing the abovementioned offenses. On October 29, 2021, Riddiough commenced her term of supervised release in the District of Nevada.

Riddiough is requesting travel to San Jose Del Cabo, Mexico, From May 8, 2026, returning on May 15, 2026, for a family reunion. Riddiough will be staying at the Hotel Riu Santa Fe, located at Camino Viejo a San Jose, El Medano, 23453 Cabo San Lucas, BCS, Mexico. Riddiough advised the estimated cost of the trip is $3,000, which is paid by her husband.

As your Honor may recall, Riddiough was arrested on June 3, 2025, for DUI. On March 11, 2026, the case was reduced to reckless driving with regard of safety or a person. Riddiough has been compliant with her conditions of supervision since this incident.

**RE: Lorraine Riddiough**

Form 12 - Travel
D/NV Form
Rev. June 2014

Per Clerk records, on March 18, 2026, Riddiough made a $123.50 payment towards her outstanding restitution. Riddiough has already provided the undersigned officer with her flight itinerary. Riddiough does understand if travel is not approved, she is not permitted to travel.

Our officer respectfully defers to the Court to approve or deny Riddiough's request to travel outside of the country. Should the Court have any questions, the probation officer will be available at the Court's convenience.

Respectfully submitted,

Digitally signed by
Victoria Willard
Date: 2026.04.07
09:47:18 -07'00'

_____
Victoria Willard
Probation Officer Assistant

Approved:

Digitally signed by
Amberleigh Barajas
Date: 2026.04.06
16:41:28 -07'00'

_____
Amberleigh Barajas
Supervisory United States Probation Officer

## THE COURT ORDERS

☑    Requested Travel is Approved

☐    Requested Travel is Denied

☐    Other

_____
Signature of Judicial Officer

April 8, 2026
_____
Date